Submitted May 25, reversed and remanded June 29, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRYNNE MELISSA LOGAN,
*Defendant-Appellant.*

Washington County Circuit Court
D081967M; A142827

258 P3d 1287

Peter Gartlan, Chief Defender, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Michael R. Washington, Senior Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Rosenblum, Senior Judge.

PER CURIAM